THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael Rachan Douglas, Appellant.
 
 
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

 Unpublished Opinion No.  2010-UP-124
 Submitted January 4, 2010  Filed February
 11, 2010

AFFIRMED

 
 
 
 Appellate Defender Elizabeth Franklin-Best,
 of Columbia, for Appellant. 
 Assistant Chief Legal Counsel John
 Benjamin Aplin, of Columbia, for Respondent. 
 
 
 

PER CURIAM: Michael R. Douglas appeals the revocation of his probation. Specifically,
 Douglas alleges he was a contributing member of society at the time of his
 arrest and the probation court abused its discretion by revoking his
 probation.  We affirm[1] pursuant to Rule 220(b), SCACR, and State v. Lee, 350 S.C. 125, 130, 564
 S.E.2d 372, 375 (Ct. App. 2002) (holding that in order for an issue to be
 preserved for appellate review, it must have been raised to and ruled upon by
 the trial judge).
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.